UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY,
FSB,

                              Plaintiff,

            -against-

ELETSON HOLDINGS INC., ELETSON
FINANCE (US) LLC, and AGATHONISSOS
FINNACE LLC,

                              Defendants.

No. 1:23-cv-00261 (JLR)

**ORDER OF DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

        The Court having been advised at Dkt. 28 that all claims asserted herein have been
"conclusively resolved" through the bankruptcy process and that the "action has been rendered
moot and should now be dismissed with prejudice," it is ORDERED that the above-entitled
action be and is hereby DISMISSED with prejudice.

        Any pending motions are moot.  All conferences are cancelled.  The Clerk of Court is
directed to CLOSE the case.

Dated:  April 21, 2025
        New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge